# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL ) <br> COALITION, INC., WEST VIRGINIA ) <br> HIGHLANDS CONSERVANCY, INC., ) <br> SIERRA CLUB, and COAL RIVER ) <br> MOUNTAIN WATCH, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, THOMAS P. BOSTICK, ) <br> Commander and Chief of Engineers, U.S. Army ) <br> Corps of Engineers, and STEVEN MCGUGAN ) <br> Colonel, District Engineer, U.S. Army Corps of ) <br> Engineers, Huntington District, ) <br> ) <br> Defendants, ) <br> ) <br> And ) <br> ) <br> RAVEN CREST CONTRACTING LLC. ) <br> ) <br> Intervenor. ) | **NOTICE OF APPEAL** <br> Civil Action No. 2:12-cv-6689 |

## NOTICE OF APPEAL

Notice is hereby given that Ohio Valley Environmental Coalition, Inc., West Virginia Highlands Conservancy, Inc. Sierra Club and Coal River Mountain Watch, Plaintiffs in the above named case, hereby appeal to the United State Court of Appeals for the Fourth Circuit from the Final Judgment (Docs. 45 and 46) entered in this action on August 18, 2014.

Respectfully Submitted,

*/s/ J. Michael Becher*
J. Michael Becher (W.Va. Bar No. 10588)
Joseph M. Lovett (W.Va. Bar No. 6926)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
mbecher@appalmad.org
304-382-4798
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, J. Michael Becher, hereby certify that on October 16, 2014, I electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Austin D. Saylor | Robert G. McLusky |
| Cynthia J. Morris | Douglas J. Crouse |
| John Fulton Gianola | *Raven Crest Contracting* |
| Ruth Ann Storey | |
| *United States Army Corps of Engineers'* | |

                                                   */s/ J. Michael Becher*
                                                   J. Michael Becher
                                                   *Counsel for Plaintiffs*